

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2015

No. 04-14-00491-CV

William M. **COLLINS** and Patricia Collins,
Appellant

v.

Dr. Oliver **WILLIAMS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13648
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellants' motion for rehearing was due May 21, 2015. On May 20, 2015, appellants filed a motion for extension of time asking for an additional thirty days to file the motion for rehearing. We **GRANT** appellants' motion and **ORDER** appellants to file their motion for rehearing **on or before June 20, 2015**. Appellants are advised that **NO FURTHER EXTENSIONS OF TIME TO FILE THE MOTION FOR REHEARING WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2015.

_____
Keith E. Hottle
Clerk of Court